# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| MILLER AUTO LEASING CO. d/b/a MILLER TRUCK LEASING, CO., <br><br> Plaintiff, <br> v. <br><br> A&R WHOLESALE FOOD DISTRIBUTORS, INC. d/b/a A&R FOOD DISTRIBUTORS, JEANINE KINDNESS, and G. SCOTT KINDNESS, <br><br> Defendants. | Civil No. 17-7088 (RBK/KMW) <br><br> **ORDER** |

**KUGLER,** United States District Judge:

This suit arises from A&R Wholesale Food Distributor's ("A&R") alleged breach of contract with Miller Auto Leasing Co., Inc. ("Plaintiff"). Plaintiff alleges that Jeanine Kindness ("Kindness"), acting as A&R's guarantor in its leasing agreement with Plaintiff, is individually, jointly and severally liable for A&R's lease default. Plaintiff brings this suit against Kindness to enforce Kindness's duty to fulfill A&R's contractual obligations. Presently before the Court is Plaintiff's motion for entry of default judgment against Kindness (Doc. No. 8). For the reasons set forth in the accompanying opinion,

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment (Doc. No. 8) is **GRANTED**;

**IT IS HEREBY FURTHERED ORDERED** that Plaintiff submit further briefing as to damages by June 25, 2018.

Dated: 6/4/2018					/s Robert B. Kugler
						ROBERT B. KUGLER
						United States District Judge